UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: )
    ELTON M. KNIGHTON
    TINA M. KNIGHTON )
) CHAPTER 13
) CASE NO. 11-52141 JPS
    Debtor )

## MOTION FOR MODIFICATION OF PLAN
## AFTER CONFIRMATION

The debtors, under the authority of the U.S. Bankruptcy Code, files this Motion for Modification of Plan After to Confirmation and respectfully show:

1.

Debtors filed their Chapter 13 proceeding on July 11, 2011 and the Chapter 13 Plan was confirmed on February 10, 2012.

2.

Debtors modify their plan to eliminate the dividend to unsecured creditors. Debtor Elton Knighton has received a substantial permanent reduction in income. Said payment will be reduced to $250.00 bi-weekly. All other terms will remain the same.

3.

Debtors amend Schedules I and J.

WHEREFORE, debtors pray that their plan as modified be confirmed by the Court; and that they have such other and further relief as is just.

This 12th day of August, 2013.

                                              /s/ *Gail C. Robinson*

                                              GAIL C. ROBINSON
                                              Attorney for Debtor
                                              State Bar Number 610345

GAIL C. ROBINSON, LLC
Attorney at Law
P.O. Box 9925
Warner Robins, GA 31095-9925

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing Motion for Modification of Plan After Confirmation and Notice of Hearing upon the following parties electronically:

Camille Hope, Trustee, P.O. Box 954, Macon, Georgia 31202

and the following parties on the Matrix attached hereto on Exhibit "A", by placing copies of same in the U.S. Mail with sufficient postage affixed to insure delivery.

This 12th day of August, 2013.

/s/ Gail C. Robinson
―――――――――――――――――
Gail C. Robinson

# Creditors

**BANK OF DUDLEY**
c/o Emmett L. Goodman, Jr.
544 Mulberry Street
Suite 800
Macon, GA 31201-2776

(10260132)
(cr)

**Bibb Collection Service**
P.O. Box 978
Macon, GA 31202

(9820636)
(cr)

**Bleckley Memorial**
145 East Peacock Street
Cochran, GA 31014

(9820637)
(cr)

**Bleckley Memorial**
145 East Peacock St
Cochran, GA 31014-7846

(9820638)
(cr)

**Capital One, N.A**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

(10121863)
(cr)

**Cenlar**
P.O. Box 77404
Trenton, NJ 08628

(9820633)
(cr)

**Cenlar FSB**
425 Phillips Boulevard
Ewing, NJ 08618

(10026903)
(cr)

**Credit Bureau Assoc of GA**
P.O. Box 1226
Milledgeville, GA 31059-1226

(9820639)
(cr)

**EagleMark**
P.O. Box 22048
Carson City, NV 89721-2048

(9820634)
(cr)

**GEMB/AEO**
P.O. Box 530942
Atlanta, GA 30353-0942

(9820640)
(cr)

**GEMB/Belk**
P.O. Box 965028
Orlando, FL 32896-5028

(9820641)
(cr)

**GEMB/Lowes**
P.O. box 965005
Orlando, FL 32896-5005

(9820643)
(cr)

**GEMB/Lowes**  
P.O. box 960010  
Orlando, FL 32896-0010  
(9820642)  
(cr)

**Harley-Davidson Credit Corp.**  
9441 LBJ Freeway, Suite 350  
Dallas, Texas 75243  
(9959646)  
(cr)

**HSBC Bank Nevada, N.A.**  
Bass & Associates, P.C.  
3936 E. Ft. Lowell Rd, Suite 200  
Tucson, AZ 85712  
(9836153)  
(cr)

**HSBC/Best Buy**  
P.O. Box 5222  
Carol Stream, IL 60197-5222  
(9820644)  
(cr)

**Kay Jewelers**  
P.O. Box 3680  
Akron, OH 44309  
(9820645)  
(cr)

**Kay Jewelers**  
c/o Inglesby and Falligant  
PO Box 1368  
Savannah, GA 31402  
(9994502)  
(cr)

**Loan Servicing Center**  
P.O. Box 650750  
Dallas, TX 75265-0750  
(9820646)  
(cr)

**Radiology Associates of Macon**  
P.O. Box 4808  
Macon, GA 31213  
(9820647)  
(cr)

**Robins Federal Credit Union**  
803 Watson Blvd.  
Warner Robins, GA 31093  
(9820635)  
(cr)

**Rosenbaum Orthopaedics LLC**  
P.O. Box 4207  
Macon, GA 31208-4207  
(9820648)  
(cr)

**Taylor Regional Hospital**  
222 Perry Hwy  
Hawkinsville, GA 31036-6748  
(9820649)  
(cr)

**The Medical Center**  
P.O. Box 116417  
Atlanta, GA 30368-6417  
(9820650)  
(cr)

**Wells Fargo Education Financial Services**  

301 E. 58th St. N.  
Sioux Falls, SD 57104  
(9959053)  
(cr)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                              )
    ELTON M. KNIGHTON
    TINA M. KNIGHTON                    )
                                        ) CHAPTER 13
                                        ) CASE NO.  11-52141 JPS
    Debtor                              )

## NOTICE OF TIME TO RESPOND TO DEBTORS MODIFIED CHAPTER 13 PLAN

    THE DEBTORS IN THE ABOVE-CAPTIONED CASE HAVING FILED A MOTION WITH THE COURT, SAID MOTION BEING ATTACHED HERETO.

    IF YOU DO NOT WANT THE COURT TO ALLOW THE DEBTOR TO MODIFY THEIR CHAPTER 13 PLAN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE DEBTORS' MOTION TO MODIFY PLAN AFTER CONFIRMATION THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REPONSE TO THE MODIFICATION ON OR BEFORE SEPTEMBER 3, 2013.  THE WRITTEN RESPONSE SHOULD BE SENT TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GEORGIA 31202.  YOU MUST BOTH FILE A RESPONSE AND ATTEND THE HEARING WHICH WILL BE HELD ON SEPTEMBER 26, 2013 AT 9:30 A.M. AT THE UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, COURTROOM A, 433 CHERRY STREET, MACON, GA  31202.

    IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE THE RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.

    ANY RESPONSE MUST ALSO BE MAILED TO THE OBJECTING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

    IF YOU OR YOUR ATTORNEY DOES NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MODIFICATION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.


    This 12th day of   August   , 2013.

                                                                                  /s/ Gail C. Robinson

                                                                                  GAIL C. ROBINSON
                                                                                  Attorney for Debtor
                                                                                  State Bar No. 610345

GAIL C. ROBINSON, LLC
Attorney at Law
P.O. Box 9925
Warner Robins, GA 31095-9925
(478)929-9702